BEFORE THE THIRD DIVISION, FEBRUARY 3, 1960

**No. 63774.**—Meyer Importing Corp. *v.* United States, protest 321898–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

FEBRUARY 2, 1960

**No. 63775.**—SUIT 4990.—United States *v.* Kurt Orban Co., Inc.——

——C.D. 2041 affirmed December 7, 1959. C.A.D. 724.

BEFORE THE FIRST DIVISION, FEBRUARY 10, 1960

**No. 63776.**—Chester K. Stoner *v.* United States, protests 316940–K, etc. (Laredo).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.